1  Whitney C. Wilcher (SBN 7212)
   wwilcher@hineshamptonllp.com
2  CHRISTINE M. EMANUELSON (SBN 10143)
   cemanuelson@hineshamptonllp.com
3  **HINES HAMPTON, LLP**
   1601 Diamond Oaks Court
4  Las Vegas, NV 89117
   Tel.: (702) 933-7829
5  Fax: (702) 974-1709

6  Attorneys for Defendant
7  Scottsdale Insurance Co., Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WEST COAST MOBILE HOME PARKS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, INC., and DOES I-V, inclusive, and ROE Companies/ Corporations, VI-X, inclusive,<br><br>　　　　　　　Defendants. | CASE NO.: 2:16-cv-02183-RFB-CWH<br><br>**MOTION FOR SUBSTITUTION OF LOCAL COUNSEL** |

**TO THE ABOVE-ENTITLED COURT AND TO THE PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that effective May 5, 2017, Hines Hampton, on behalf of Scottsdale Insurance Company, Inc., hereby substitutes:

**Whitney C. Wilcher, SBN 7212**
**1601 Diamond Oaks Court,**
**Las Vegas, Nevada, 89117**
**Tel: (702) 933-7829**
**Fax: (702) 974-1709**

1
MOTION FOR SUBSTITUTION OF LOCAL COUNSEL

as local counsel in place and stead of:

Tom Larmore, SBN 7415
6952 Encore Way,
Las Vegas, Nevada 89119

I consent to being substituted.

Date: 5/3/17

_____
Tom Larmore (SBN 7415)

I consent to the above substitution.

Date: 5/4/17

_____
Whitney C. Wilcher (SBN 7212)

Hines Hampton remains as counsel for Scottsdale Insurance Company, Inc.

Dated: May 2, 2017        HINES HAMPTON, LLP


/s/ *Christine M. Emanuelson*
Christine M. Emanuelson
Attorney for Defendant
SCOTTSDALE INSURANCE COMPANY, INC.

The substitution of attorney is hereby approved and so ORDERED.

Date: May 10, 2017

_____
UNITED STATES MAGISTRATE JUDGE

2
MOTION FOR SUBSTITUTION OF LOCAL COUNSEL

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2017, I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 5, 2017.

*Ayvette Hernandez*
Ayvette Hernandez

**Electronic Notice List**

Steven Marzullo
steven@stevenmarzullo.com