| | |
|---|---|
| Whitney C. Wilcher, Esq.<br>Nevada Bar No. 7212<br>Christine M. Emanuelson, Esq.<br>Nevada Bar No. 010143<br>**HINES HAMPTON LLP**<br>1601 Diamond Oaks Court<br>Las Vegas, Nevada 89117<br>Tel.: (702) 933-7829<br>Fax: (702) 974-1709<br>cemanuelson@hineshamptonllp.com<br><br>Attorneys for Defendant<br>Scottsdale Insurance Co., Inc. | STEVEN MARZULLO, LTD.<br>STEVEN MARZULLO, ESQ.<br>Nevada Bar No. 2396<br>626 South Third Street<br>Las Vegas, Nevada 89191<br>Tel.: (702) 382-2522<br>Fax: (702) 382-1198<br><br>Attorney for Plaintiff<br>West Coast Mobile Home Parks, Inc. |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WEST COAST MOBILE HOME PARKS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>SCOTTSDALE INSURANCE COMPANY, INC., and DOES I-V, inclusive, and ROE Companies/ Corporations, VI-X, inclusive,<br><br>                    Defendants. | CASE NO.: 2:16-cv-02183-RFB-CWH<br><br>**STIPULATION TO DISMISS PLAINTIFF'S THIRD CAUSE OF ACTION FOR BAD FAITH WITHOUT PREJUDICE; AND [PROPOSED] ORDER** |

Plaintiff West Coast Mobile Home Parks, Inc. ("Plaintiff") and Defendant Scottsdale Insurance Company ("Scottsdale") hereby submit the following stipulation to dismiss Plaintiff's third cause of action for bad faith without prejudice.

1. Plaintiff's operative complaint on file in this action pleads a total of four causes of action against Scottsdale: (1) Breach of Insurance Contract – Duty to Defend; (2) Breach of Insurance Contract – Failure to Indemnify; (3) Breach of Duty of Good Faith and Fair Dealing; and (4) Declaratory Relief.

2. Plaintiff wishes to dismiss without prejudice the third cause of action in its complaint against Scottsdale for breach of the duty of good faith and fair dealing. Scottsdale agrees to the dismissal of that claim.

1

STIPULATION TO DISMISS PLAINTIFF'S BAD FAITH CLAIM WITHOUT PREJUDICE

3. Therefore, the parties stipulate and agree that Plaintiff's third cause of action in its complaint against Scottsdale for breach of the duty of good faith and fair dealing shall be dismissed without prejudice, and request an Order from the Court affirming such dismissal.

4. Each party shall bear its own costs with respect to the dismissal of Plaintiff's third cause of action.

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED: June 1, 2017.

Dated: May 26, 2017  **STEVEN MARZULLO, LTD.**

By: /s/ *Steven Marzullo*
Steven Marzullo, Esq.
Attorney for Plaintiff WEST COAST
MOBILE HOME PARKS, INC.

Dated: May 26, 2017  **HINES HAMPTON LLP**

By: /s/ *Christine Emanuelson*
Whitney C. Wilcher
Christine Emanuelson
Attorneys for Defendant SCOTTSDALE
INSURANCE COMPANY

CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2017, I electronically filed the foregoing document or paper with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List below.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 26, 2017.

Ayvette Hernandez

**Electronic Notice List**

Steven Marzullo
steven@stevenmarzullo.com