# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

WEST COAST MOBILE HOME PARKS, INC.,

        Plaintiff,

vs.

SCOTTSDALE INSURANCE COMPANY, INC.,

        Defendant.

Case No. 2:16-cv-02183-RFB-CWH

**ORDER**

This matter is before the court on the parties' failure to comply with the court's order requiring them to file a joint status report by September 11, 2017. (Mins. of Proceedings (ECF No. 28).) The parties must meet and confer and file a joint status report by September 29, 2017. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: September 15, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**